## U.S. Bankruptcy Court
## Northern District of Georgia

In re:

                                        Bankruptcy Case No. **22−56501−pmb**

**CUREPOINT, LLC**

                        Debtor

                                   Adversary Proceeding No. **24−05122−pmb**

**DAVID A. WENDER, IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF THE CUREPOINT LIQUIDATION TRUST**

                        Plaintiff

v.

**NEWTEK SMALL BUSINESS FINANCE, LLC**

                        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

    Clerk, U.S. Bankruptcy Court
    1340 United States Courthouse
    75 Ted Turner Drive SW
    Atlanta GA 30303

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

    David Wender
    Suite 2300
    999 Peachtree St., NE
    Atlanta, GA 30309−3996
    USA

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*                                                           *Vania S. Allen, Clerk of Court*

**06/25/2024**

