B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Nathaniel T. DeLoatch__ (name), certify that service of this summons and a copy of the complaint was made __June 26, 2024__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

      See attachment.

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __June 26, 2024__    Signature __/s/ Nathaniel T. DeLoatch__

Print Name: Nathaniel T. DeLoatch (GA Bar 216330)

Business Address: EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
(404) 853-8000
nathanieldeloatch@eversheds-sutherland.com

### *WENDER v. NEWTEK SMALL BUSINESS FINANCE, LLC*
Adv. Proc. 24-05122-pmb

(In re Curepoint, LLC
Bankr. No. 22-56501-pmb)

**Attachment to Certificate of Service**
(for service of Summons and Complaint
in Adv. Proc. 24-05122-pmb)

Mail service addressed to:

Newtek Small Business Finance, LLC
Attn.: Peter Downs, President
1981 Marcus Avenue, Suite 130
Lake Success, New York 11042

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, New York 11042

Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

John G. McCullough
Aldridge Pite, LLC
3575 Piedmont Road, NE
Suite 500
Atlanta, Georgia 30305